1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Luis Angel Moraga-Villalobos

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ2778 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| LUIS ANGEL MORAGA-VILLALOBOS, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:     December 4, 2007            /s/ Carey D. Gorden
                                       **CAREY D. GORDEN**
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Luis Angel Moraga-Villalobos