FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3458-W |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony) |
| LUIS ANGEL MORAGA-VILLALOBOS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about November 29, 2007, within the Southern District of California, defendant LUIS ANGEL MORAGA-VILLALOBOS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

CJB:kmm:San Diego
12/12/2007

It is further alleged that defendant LUIS ANGEL MORAGA-VILLALOBOS was removed from the United States subsequent to August 6, 2007.

DATED: 12/27/07

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney