AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
DEC 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

LUIS ANGEL MORAGA-VILLALOBOS

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3458-W

I, LUIS ANGEL MORAGA-VILLALOBOS, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 12/27/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Luis Moraga_
Defendant

_Cary Gool_
Counsel for Defendant

Before _____
JUDICIAL OFFICER