AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
FEB - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| LUIS ANGEL MORAGA-VILLALOBOS | CASE NUMBER: 07cr3458W |

I, LUIS ANGEL MORAGA-VILLALOBOS, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___2/4/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
LUIS ANGEL MORAGA-VILLALOBOS
Defendant

_____
CAREY D. GORBEN
Counsel for Defendant

Before _____
JUDICIAL OFFICER