FILED

FEB - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Criminal Case 07CR3458W |
| Plaintiff, | )  S U P E R S E D I N G |
| v. | )  I N F O R M A T I O N |
| LUIS ANGEL MORAGA-VILLALOBOS , | )  Title 18, U.S.C., Sec. 1001 – |
| | )  False Statement to a Federal |
| Defendant. | )  Officer |
| | ) |

The United States Attorney charges:

On or about February 12, 1999, within the Southern District of California, defendant LUIS ANGEL MORAGA-VILLALOBOS, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to E. Pozos that his name Manuel Lopez-Garcia, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 2/4/08 .

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney